The People of the State of New York, Respondent, 
against
Djamilatou Gounwagou, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (John H. Wilson, J.), rendered May 7, 2014, after a nonjury trial, convicting her of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (John H. Wilson, J.), rendered May 7, 2014, affirmed.
Criminal Court dismissed one of the two second-degree harassment counts as multiplicitous, based upon its determination that a single offense was charged in the two counts (see People v Alonzo, 16 NY3d 267, 269-270 [2011]). Contrary to defendant's claim, this dismissal on multiplicity grounds did not constitute an amendment of the accusatory instrument in violation of CPL 100.45(3) (see People v Frascone, 271 AD2d 333 [2000]; People v Del—Debbio, 244 AD2d 195 [1997], lv denied 91 NY2d 925 [1998]). In point of fact, the proper remedy for multiplicitous counts is dismissal of all but one of the affected counts (see People v VanGorden, 147 AD3d 1436, 1439 [2017], lv denied 29 NY3d 1037 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 18, 2019